| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) LOZANO, RODOLFO | 2. Court or Organization US DISTRICT COURT | 3. Date of Report 05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - SENIOR | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address 5400 FEDERAL PLAZA SUITE 4300 HAMMOND, IN 46320 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LOZANO, RODOLFO** | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EFRON II, LTD PARTNERSHIP, YPSILANTI, MI, REAL ESTATE | B | Rent | K | W | | | | | |
| 2. TRANSAMERICA INSURANCE CO - WHOLE LIFE | A | Dividend | J | T | | | | | |
| 3. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 4. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 5. TRANSAMERICA INSURANCE CO - UNIVERSAL LIFE | A | Dividend | J | T | | | | | |
| 6. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 7. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 8. PRUDENTIAL INSURANCE CO - LIMITED PAY POLICY | A | Dividend | J | T | | | | | |
| 9. METROPOLITAN LIFE INSURANCE CO | A | Dividend | J | T | | | | | |
| 10. JP MORGAN CHASE BANK | A | Int./Div. | J | T | | | | | |
| 11. CENTIER BANK | A | Int./Div. | J | T | | | | | |
| 12. FIFTH THIRD BANK | A | Int./Div. | K | T | | | | | |
| 13. INCOME BENEFICIARY - ONE PARK AVENUE LIQUIDATING TRUST | B | Distribution | | | Closed | 12/31/14 | J | | |
| 14. WELLS FARGO | | | | | | | | | |
| 15. - CASH | A | Interest | M | T | | | | | |
| 16. - AT&T INC (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 17. - KINDER MORGAN ENERGY PARTNERS (COMMON STOCK) | C | Distribution | | | Merged (with line 18) | 12/02/14 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOZANO, RODOLFO | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - KINDER MORGAN INC (F/K/A KINDER MORGAN ENERGY PRTNS) (COMMON STOCK) | | | L | T | Sold (part) | 12/02/14 | J | A | |
| 19. - NISOURCE (COMMON STOCK) | C | Dividend | M | T | | | | | |
| 20. - TULSA CNTY OK (MUNI BOND) | B | Interest | | | Redeemed | 09/02/14 | J | A | |
| 21. | | | | | Redeemed | 11/03/14 | J | A | |
| 22. - TARRANT CNTY TX (MUNI BOND) | B | Interest | J | T | | | | | |
| 23. - BLACKROCK NATIONAL MUNICIPAL FUND (MUTUAL FUND) | E | Int./Div. | O | T | | | | | |
| 24. - NUVEEN EQUITY PREMIUM OPP FUND (MUTUAL FUND) | A | Dividend | | | Merged (with line 25) | 12/23/14 | J | A | |
| 25. - NUVEEN S&P 500 (F/K/A NUVEEN EQUITY PREMIUM OPP FUND) (MUTUAL FUND) | | | J | T | | | | | |
| 26. - LEGG MASON BW GLOBAL (MUTUAL FUND) | A | Dividend | K | T | Buy | 06/23/14 | K | | |
| 27. - NUVEEN BUILD AMER BD FD (MUTUAL FUND) | A | Dividend | K | T | Buy | 06/23/14 | K | | |
| 28. - BB&T CORP (PREFERRED STOCK) | A | Dividend | J | T | Buy | 06/24/14 | J | | |
| 29. - TELEPHONE&DATA SYS INC (PREFERRED STOCK) | A | Dividend | K | T | Buy | 06/23/14 | K | | |
| 30. -WELLS FARGO & CO. (PREFERRED STOCK) | A | Dividend | K | T | Buy | 06/23/14 | K | | |
| 31. - GUGG LRG CAP CORE 18 (UNIT INVESTMENT TRUST) | A | Dividend | | | Sold | 08/27/14 | K | D | |
| 32. WELLS FARGO (IRA) | | | | | | | | | |
| 33. - CASH | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LOZANO, RODOLFO** | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.    - BAC CAP TR VIII (PREFERRED STOCK) | B | Dividend | K | T | | | | | |
| 35.    - WELLS FARGO (PREFERRED STOCK) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LOZANO, RODOLFO** | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - INVESTMENTS AND TRUSTS - LINE 1 - I HAVE NOT AND WILL NOT ACCEPT A CASE WITH MORT EFFRON, WHO IS THE GENERAL PARTNER OF EFFRON II. EFFRON II, LIMITED PARTNERSHIP IS A SHOPPING CENTER IN YPSILANTI, MICHIGAN.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ RODOLFO LOZANO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544